MAX SPITZ et al., Respondents, v. HILTON HOTELS CORPORATION, Appellant.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.